# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3091
_____

Andrew Erik Heiderscheid

*Plaintiff - Appellant*

v.

Dakota County Sheriff's Office; Deputy Winfrey; Deputy Arturo Herrera; Deputy Smith; Deputy Kent Themmes; Deputy John Doe; Deputy Jane Doe, Names of all the people the suit is against, Individually and in their official capacities; Jacob Schak; Tina Tyler; Ryan Fitzhenry; Julienne Oppong

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: May 21, 2021
Filed: May 26, 2021
[Unpublished]
_____

Before GRUENDER, WOLLMAN, and ERICKSON Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Andrew Heiderscheid appeals the district court's[1] adverse grant of summary judgment. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Whitson v. Stone Cnty. Jail, 602 F.3d 920, 923 (8th Cir. 2010) (standard of review). Accordingly, we affirm.[2] See 8th Cir. R. 47B.

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.

[2]Heiderscheid's opening brief includes a motion "ask[ing] the Court to grant him leave from adding supplemental briefing." That motion is denied as moot.